*E-FILED - 9/11/08*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RONNIE RODRIGUEZ, | ) | No. C 08-3778 RMW (PR) |
| Plaintiff, | ) | ORDER OF TRANSFER |
| vs. | ) | |
| CORRECTIONAL OFFICER SNOWDEN and OFFICER CASAGRANDE, | ) | |
| Defendants. | ) | |

    Plaintiff, proceeding pro se, filed a civil rights complaint pursuant to 42 U.S.C. § 1983 against two officers concerning an alleged assault at the Folsom State Prison in Sacramento, California, where he is currently incarcerated. Accordingly, the acts complained of occurred in Sacramento County, which lies within the venue of the Eastern District of California. Therefore, venue properly lies in the Eastern District and not in this court. See 28 U.S.C. § 1391(b). Therefore, this case is TRANSFERRED to the United States District Court for the Eastern District of California. See 28 U.S.C. § 1406(a). The clerk shall terminate any pending motions and transfer the entire file to the Eastern District of California.

    IT IS SO ORDERED.

DATED: 9/10/08

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Order of Transfer
P:\pro-se\sj.rmw\cr.08\Rodriguez778trans      1