UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONNIE R.R. RODRIGUEZ, | No. 08 CV 2336 JCW |
| Plaintiff, | <u>ORDER</u> |
| v. | |
| SNOWDEN, et al., | |
| Defendants. / | |

    Rodriguez, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983.  Rodriguez has filed a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.

    Rodriguez has not submitted a certified copy of the trust fund account statement for the six-month period immediately preceding the filing of his complaint in accordance with 28 U.S.C. § 1915(a)(2).  Accordingly, Rodriguez' request to proceed in forma pauperis is DENIED without prejudice.  Within twenty-eight days of the date of this order, Rodriguez shall submit the required

1 | trust fund account statement described above.  Rodriguez is cautioned that failure to comply with
2 | this order or to seek an extension of time to do so will result in this action being dismissed
3 | without prejudice.

5 | DATED: June 17, 2009                    _____/s/ J. Clifford Wallace_____
                                                              J. Clifford Wallace
6 |                                                          United States Circuit Judge