UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONNIE R.R. RODRIGUEZ, | No. 08 CV 2336 JCW |
| Plaintiff, | <u>ORDER</u> |
| v. | |
| SNOWDEN, et al., | |
| Defendants. | |

Pursuant to an order filed June 18, 2009, Rodriguez was ordered to file a certified copy of the trust fund account statement for the six-month period immediately preceding the filing of his complaint within twenty-eight days, and was cautioned that failure to do so may result in dismissal of his action. The twenty-eight day period has now expired, and Rodriguez has not responded to the court's order and has not filed the requested trust fund account statement.

According, IT IS HEREBY ORDERED that this action be dismissed without prejudice.

DATED: July __, 2009            __/s/ J. Clifford Wallace_____
                                                J. Clifford Wallace
                                                United States Circuit Judge

1